```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09612
   LESLIE A RIGHTMIRE SUGGS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-9236
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/27/07 .

    2.  The case was dismissed without confirmation, 10/05/2007.

    3.  The Debtor paid a total of $   1350.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LASALLE NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | 1314.90 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ADT SECURITY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMEREN CIPS | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| BUD'S AMBULANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | SPECIAL CLASS | NOT FILED | .00 | .00 |
| CHICAGO INSTITUTE NEUROS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER | SPECIAL CLASS | NOT FILED | .00 | .00 |
| ESOTERIX LABORATORY SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | SPECIAL CLASS | NOT FILED | .00 | .00 |
| HARMON HOMES | UNSECURED | NOT FILED | .00 | .00 |
| IROQUOIS MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| A & J DISPOSAL KANKAKEE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MOHAMMED N AHMED | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NEUROLOGY ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |

```
PROVENA ST JOSEPH MEDICA  UNSECURED         NOT FILED              .00          .00
PSYCHIATRIC ASSOC         UNSECURED         NOT FILED              .00          .00
SOUTH SUBURBAN NEUROLOGY  UNSECURED         NOT FILED              .00          .00
THE ONARGA CLINIC         UNSECURED         NOT FILED              .00          .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00         .00           .00           .00
PRINCIPAL PAID      1314.90           .00         .00           .00       1314.90
INTEREST PAID           .00           .00         .00           .00           .00
TOTAL PAID          1314.90           .00         .00           .00       1314.90
```

The Debtor's attorney, SCHEINBAUM & WEST           , was allowed $   3000.00
and was paid $     526.00   direct and $      .00  through the plan.

The Trustee received $      35.10 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 10/14/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 07 B 09612 LESLIE A RIGHTMIRE SUGGS